UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK        Oct 21 2005

UNITED STATES OF AMERICA

-against-                           Docket No. 05 CR 794 (JG)

Ciro Dellaporte

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____        _____
U. S. Attorney                           Defendant's Attorney
by AUSA

Dated: Brooklyn, New York

10/21/05

BEFORE:    s/Cheryl Pollak
           _____
           UNITED STATES MAGISTRATE JUDGE
           CHERYL POLLAK